# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EDWIN BALL,

    Plaintiff,

    v.

ASBESTOS DEFENDANTS (B P),

    Defendants.
_____/

No. 09-04929

**ORDER**

The court is in receipt of a chambers copy of defendant McDonnell Douglas Corporation's administrative motion to stay action pending transfer, filed by in the above-entitled action on November 23, 2009. The chambers copy is not in usable format. Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

A document that is in "usable format" is one that is usable by the court for its intended purpose. A thick stack of loose paper wrapped with a rubber band, or **fastened with a paper clip or a binder clip**, is not in usable format.

For a memorandum of points and authorities or other document that can be stapled, "usable format" means that the document is stapled in the upper-left-hand corner. For a document that is too thick to be stapled securely, "usable format" means that the document

is two-hole punched at the top, and is fastened with a prong-type fastener.  In addition, **any exhibits must be attached to a declaration or a request for judicial notice, and must be tabbed.**

The court will consider the contents of the chambers copy only if it is submitted in usable format no later than one court day after the date of this notice.

**IT IS SO ORDERED.**

Dated:  November 25, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge