United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWIN BALL,

    Plaintiff,

    v.

ASBESTOS DEFENDANTS (B P)

    Defendants.
_____/

No. C 09-4929 PJH

**ORDER**

    Because of conflicts in the court's schedule, the date for the hearing on plaintiff's motion to remand, previously set for Wednesday, December 23, 2009, is CONTINUED to Wednesday, January 20, 2009. However, the briefing schedule will not change. Plaintiff's reply to the opposition shall be filed on December 9, 2009.

    The reply to the opposition to the motion to stay is STRICKEN, as it was filed in violation of Civil Local Rule 7-11. The ruling on the motion to stay is DEFERRED, pending the ruling on the motion to remand.

**IT IS SO ORDERED.**

Dated: December 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge